Elizabeth M. Rotenberg-Schwartz (ER 2607)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
30 Rockefeller Plaza
Suite 2400
New York, New York 10112
(212) 332-3800



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GALEHEAD, INC.

        Plaintiff,

v.

COMPANIA TRASATLANTICA ESPANOLA, S.A., NAVIERA DEL ODIEL, S.A.,

        Defendants.

Civil Action No. 07 CIV 4025

JUDGE SAND

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Galehead, Inc., certifies that it has no parent corporation and that no public corporation presently owns 10% or more of its stock.

Dated:  New York, New York
          May 17, 2007

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: _/s/ Elizabeth M. Rotenberg-Schwartz_
     Elizabeth M. Rotenberg-Schwartz (ER 2607)

30 Rockefeller Plaza
Suite 2400
New York, NY 10112
Telephone: (212) 332-3800
Facsimile: (212) 332-3888

Attorneys for Plaintiff Galehead, Inc.