UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GALEHEAD, INC.<br><br>                    Plaintiff,<br><br>v.<br><br>COMPANIA TRASATLANTICA ESPANOLA, S.A., NAVIERA DEL ODIEL, S.A.,<br><br>                    Defendants. | ECF CASE<br><br>Civil Action No. 07-CV-4025(LBS)<br><br><u>**NOTICE OF APPEARANCE**</u> |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE, that LISA M. LEWIS of Sheppard, Mullin, Richter & Hampton LLP hereby appears as counsel in this case for GALEHEAD, INC. The attorney certifies that she is admitted to practice in this Court.

Dated: New York, New York
       July 19, 2007

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: _____/s/ Lisa M. Lewis_____
    Lisa M. Lewis  (LL 6695)

    30 Rockefeller Plaza, Suite 2400
    New York, New York 10112
    (212) 332-3800
    (212) 332-3888

    *Attorneys for Plaintiff Galehead, Inc.*