Elizabeth M. Rotenberg-Schwartz (ER 2607)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
30 Rockefeller Plaza
Suite 2400
New York, New York 10112
(212) 332-3800

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GALEHEAD, INC.<br><br>    Plaintiff,<br><br> v.<br><br>COMPANIA TRASATLANTICA ESPANOLA, S.A., NAVIERA DEL ODIEL, S.A.,<br><br>    Defendants. | JUDGE SAND<br><br>Civil Action No. 07 CIV 4025<br><br>**SUMMONS** |

TO: COMPANIA TRASATLANTICA ESPANOLA, S.A., NAVIERA DEL ODIEL, S.A.,

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's attorneys, Sheppard, Mullin, Richter & Hampton LLP, whose address is 30 Rockefeller Plaza, Suite 2400, New York, New York 10112, an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON        MAY 2 3 2007
_____    _____
Clerk                       Date

*[signature: Marcos Quintero]*
_____
(By) Deputy Clerk

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 7/9/07 |
| NAME OF SERVER (PRINT) Elizabeth M. Rotenberg-Schwartz | TITLE Associate |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Registered international mail certified return receipt requested

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/27/07
                Date                    Signature of Server

SHEPPARD MULLIN RICHTER & HAMPTON LLP
30 Rockefeller Plaza   Suite 2400
New York, NY 10112

*Address of Server*

Sworn to before me
this 27th day of July 2007

GAIL BURWA
Notary Public, State of New York
No. 01BU6002356
Qualified in New York County
Commission Expires February 2, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| Registered No. | | | | | Date Stamp | |
|---|---|---|---|---|---|---|
| RE052134436US | | | | | | |
| Reg. Fee | $10.15 | | | | 0056 | |
| Handling Charge | $0.00 | Return Receipt | $2.15 | | 44 | |
| Postage | $3.60 | Restricted Delivery | $0.00 | | 07/09/07 | |
| Received by | | | | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). | |
| Customer Must Declare Full Value $ $0.00 | | With Postal Insurance ☐ Without Postal Insurance ☐ | | | | |

OFFICIAL USE

FROM: 10020
E. Rotenberg-Schwartz
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza - Suite 2400
New York, NY 10112

TO: Compania Trasatlántica Española SA
Jose Abascal, 58-30
Madrid 28003
SPAIN

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---

| Registered No. | | | | | Date Stamp | |
|---|---|---|---|---|---|---|
| RE052134436US | | | | | | |
| Reg. Fee | $10.15 | | | | 0056 | |
| Handling Charge | $0.00 | Return Receipt | $2.15 | | 44 | |
| Postage | $3.60 | Restricted Delivery | $0.00 | | 07/09/07 | |
| Received by | | | | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). | |
| Customer Must Declare Full Value $ $0.00 | | With Postal Insurance ☐ Without Postal Insurance ☐ | | | | |

OFFICIAL USE

FROM: 10020
E. Rotenberg-Schwartz
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza - Suite 2400
New York, NY 10112

TO: Naviera Del Odiel, S.A.
Jose Abascal, 58-30
Madrid, Spain 28003

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®