EXHIBIT A

Michael E. Unger (MU-0045)
FREEHILL HOGAN & MAHAR
80 Pine Street
New York, New York 10005
(212) 425-1900(Tel.)
(212) 425-1901(Fax)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-17-08

Attorneys for Thalia Maritime Ltd., Substituted Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GALEHEAD, INC.<br><br>    Plaintiff,<br><br> v.<br><br>COMPANIA TRASATLANTICA ESPANOLA, S.A., NAVIERA DEL ODIEL, S.A.,<br><br>    Defendants. | Civil Action No. 07-CV-4025<br><br>**STIPULATION AND ORDER FOR SUBSTITUTION OF PLAINTIFF AND FOR SUBSTITUTION OF PLAINTIFF'S COUNSEL** |

WHEREAS, Galehead, Inc., has assigned its claim in this action to Thalia Maritime Ltd. ("Thalia");

IT IS HEREBY STIPULATED AND AGREED that Thalia shall be substituted as plaintiff in this action and that, effective upon the Court's acceptance of this substitution by its Order of endorsement below, Freehill Hogan & Mahar shall become sole counsel for Thalia, at which point Sheppard Mullin Richter & Hampton LLP shall no longer be counsel for plaintiff or

any other party in this action.

Dated: March 13, 2008

                               SHEPPARD MULLIN RICHTER & HAMPTON LLP

                               By _____
                                     Elizabeth M. Rotenberg-Schwartz (ER 2607)
                                     30 Rockefeller Plaza
                                     Suite 2400
                                     New York, New York 10112
                                     (212) 332-3800 (Tel.)
                                     (212) 332-3888 (Fax)

                                     Attorneys for Galehead, Inc.


                               FREEHILL HOGAN & MAHAR

                               By _____
                                     Michael E. Unger (MU 0045)
                                     80 Pine Street
                                     New York, New York 10005
                                     (212) 425-1900 (Tel.)
                                     (212) 425-1901 (Fax)

                                     Attorneys for Thalia Maritime Ltd.

IT IS SO ORDERED.

Dated: 3/13/08

                                     _____
                                     United States District Judge