160-06/MBU

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-29-08

------------------------------------------------x
THALIA MARITIME CO. LTD.,

               Plaintiff,

- and -

COMPANIA TRANSATLANTICA
ESPANOLA, S.A. and NAVIERA DEL ODIEL,

               Defendant.
------------------------------------------------x

07 CV 4025

ORDER FOR RELEASE OF
FUNDS AND DISCONTINUANCE
OF THE ACTION

WHEREAS it having been reported to the Court that the parties have agreed to settle their disputes pursuant to the terms of a Settlement Agreement entered into between them dated April 23, 2008;

IT IS HEREBY ORDERED that garnishee JP Morgan Chase Bank pay to Plaintiff THALIA MARITIME the sum of $28,370.23 (together with any interest earned thereon) which funds have been restrained pursuant to the Process of Maritime Attachment and Garnishments issued in favor of Galehead Inc., the original Plaintiff in this action, pursuant to wire transfer instructions to be provided to the bank by Thalia's attorneys; and

IT IS HEREBY FURTHER ORDERED that this action is discontinued with prejudice and without costs as to either party.

Dated: New York, New York
       April 29, 2008

                                         Hon. Leonard B. Sand, U.S.D.J.

NYDOCS1/303471.1